**Andrew ROBBINS et al., Appellants, v. Eva RUSSELL.**

**No. 11145.**

Circuit Court of Appeals, Eighth Circuit.

March 7, 1938.

Howell & Jacobs, of Kansas City, Mo., and A. O. Delaney, Jr., of Troy, Kan., for appellants.

Charles A. Orr and Hogsett, Murray, Trippe & Depping, all of Kansas City, Mo., for appellee.

PER CURIAM.

Appeal docketed and dismissed at costs of appellants, pursuant to stipulation of parties.

**Dorothy Meyers SANDERS, Appellant, v. UNITED STATES of America.**

**No. 11149.**

Circuit Court of Appeals, Eighth Circuit.

March 17, 1938.

A. M. Cary and Mark J. McCabe, both of Minneapolis, Minn., for appellant.

Victor E. Anderson, U. S. Atty., of St. Paul, Minn.

PER CURIAM.

Appeal docketed and dismissed under Rules 26 and 38 of this Court.

**Joseph C. ROSS v. UNITED STATES of America.**

**No. 7962.**

Circuit Court of Appeals, Sixth Circuit.

June 8, 1938.

Zeno Fritz, of Pittsburgh, Pa., and Martin E. Blum and Henry A. Pollack, both of Cleveland Ohio, for appellant.

E. B. Freed, U. S. Atty., of Cleveland, Ohio.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

It is ordered that the appeal herein be and the same is dismissed, pursuant to stipulation of counsel.

**Robert SCHOMBERGER, Bankrupt, v. NATIONAL MUTUAL SAVINGS ASSOCIATION.**

Circuit Court of Appeals, Sixth Circuit.

June 29, 1938.

Griffin, Heal & Emery, of Detroit, Mich., and Frazer & Popkin, of Detroit, Mich., for appellant.

Before HICKS, ALLEN, and HAMILTON, Circuit Judges.

PER CURIAM.

It appearing to the court that an appeal was allowed in this case on May 8, 1934, and that no steps have been taken to prosecute appeal since October 3, 1934; it is ordered that the appeal be dismissed.